United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Jamarquis Etheridge | § § | |
| v. | § § | Civil Action 4:21−cv−03002 |
| AT&T, Inc., et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Andrew Edison:

Motion for Continuance – #14

Date: February 3, 2022.

Nathan Ochsner, Clerk

By: Byron Thomas, Deputy Clerk