**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JAMARQUIS ETHERIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 4:21-cv-03002 |
| ) | |
| AT&T INC. AND AT&T MOBILITY LLC ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER ON UNOPPOSED MOTION TO CONTINUE THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE AND DEADLINE FOR FILING JOINT DISCOVERY AND CASE MANAGEMENT PLAN**

Before the Court is Defendants AT&T Inc. and AT&T Mobility LLC's Unopposed Motion to Reschedule Initial Pretrial and Scheduling Conference. *See Dkt. 14.* Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the current Initial Pretrial and Scheduling Conference set for hearing on February 16, 2022 at 9:00 a.m. and any deadline to file a Joint Discovery Plan and Case Management Plan prior to that hearing date shall be vacated pending the District Court's ruling on AT&T pending Motion to Compel Arbitration and Stay Litigation.

IT IS SO ORDERED.

2-3-21

UNITED STATES MAGISTRATE JUDGE