United States District Court
Southern District of Texas
**ENTERED**
May 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMARQUIS ETHERIDGE, | § § § § | |
| Plaintiff. | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:21-cv-03002 |
| AT&T, INC., et al., | | |
| Defendants. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 4, 2022, Defendants' Motion to Compel Arbitration (Dkt. 11) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 19. Judge Edison filed a Memorandum and Recommendation on April 19, 2022, recommending that Defendants' Motion to Compel Arbitration (Dkt. 11) be **GRANTED** and this case be dismissed without prejudice. *See* Dkt.20

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 20) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)     Defendants' Motion to Compel Arbitration (Dkt. 11) is **GRANTED**, and this case is **DISMISSED** without prejudice.

It is so **ORDERED**.

SIGNED and ENTERED this 5th day of May 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE